UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jesse Earhart, | Case No. 2:22-cv-01463-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Steve Wolfson, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's filing of a letter on September 8, 2022. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. To the extent Plaintiff is seeking to initiate a lawsuit—rather than simply write a letter—he must pay the $402 filing fee or apply to proceed *in forma pauperis* and file a complaint on this Court's approved form. The Court will grant Plaintiff one opportunity to file an application to proceed *in forma pauperis* and a complaint within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 and file a complaint to proceed with this case. Plaintiff must either apply to proceed *in forma pauperis* or pay the filing fee on or before **October 12, 2022**.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the approved form application to proceed *in forma pauperis*, the document entitled information and instructions for filing an *in forma pauperis* application,[1] and the Court's civil complaint form.[2]

---

[1] The application and instructions to proceed *in forma pauperis* can also be found at https://www.nvd.uscourts.gov/court-information/forms/.

[2] The Court's civil complaint form can also be found at https://www.uscourts.gov/forms/pro-se-forms/complaint-civil-case.

1 **IT IS FURTHER ORDERED** that on or before **October 12, 2022,** Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.  Plaintiff must also file a complaint on this Court's civil complaint form along with his fee or application.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action and file a complaint on this Court's civil complaint form on or before **October 12, 2022,** the Court will recommend dismissal of this action.

DATED: September 12, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE